IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN D. PARKER, | )<br>) |
| Plaintiff, | )   6:13-CV-00656-JO<br>) |
| v. | )   JUDGMENT<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

DATED this 22nd day of July, 2014.

_____
ROBERT E. JONES, Senior Judge
United States District Judge

1 - JUDGMENT